[No. 10917–1–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. MARK ANTHONY SMITH, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–8–03410–3, Jerome M. Johnson, J., entered October 30, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 10869–7–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. RANDY V. RANDLE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 81–1–00333–2, Paul D. Hansen, J., entered October 16, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Andersen, C.J., and Swanson, J.

[No. 10415–2–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. WAYNE V. GILLMERE, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–1–00351–1, Jack S. Kurtz, J., entered June 4, 1981. *Affirmed* by unpublished opinion per Corbett, J., concurred in by Swanson and Williams, JJ.

[No. 10218–4–I.   Division One.   December 30, 1982.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN STEPNEY, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 80–1–00328–6, Byron L. Swedberg, J., entered April 20, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Swanson and Corbett, JJ.